UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LONNIE JONES,<br>*Defendant*. | No. 3:99-cr-264-3 (VAB) |

**ORDER REDUCING SENTENCE**

On December 20, 2001, United States District Judge Alan H. Nevas sentenced Mr. Jones to (1) life imprisonment and five years of supervised release for conspiring to possess heroin, cocaine, and cocaine base, as well as distribution of the same; and (2) five years imprisonment and three years of supervised release for aiding and abetting the possession of a firearm with an obliterated serial number, to run concurrently with his life sentence. Judgment, dated Dec. 20, 2001, ECF No. 804.

On January 11, 2007, following a *Crosby* remand from the Second Circuit, *see* Mandate, dated Apr. 18, 2005, ECF No. 1802, Judge Nevas re-sentenced Mr. Jones to (1) a non-Guidelines sentence of 324 months of imprisonment and five years of supervised release for conspiring to possess heroin, cocaine, and cocaine base, as well as distribution of the same; and (2) five years of imprisonment and three years of supervised release for aiding and abetting the possession of a firearm with an obliterated serial number, to run concurrently with his drug conspiracy sentence. Re-Sentencing Judgment, dated Jan. 29, 2007, ECF No. 2140.

On December 21, 2018, Congress passed, and the President signed into law, the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194 (hereafter, the "First Step Act") which "made retroactive some provisions of the Fair Sentencing Act [of 2010, Pub. L. 111-220; 124 Stat.

2372]." *United States v. Medina*, No. 3:05-cr-58 (SRU), 2019 WL 3769598, at *2 (D. Conn. Jul. 17, 2019).

On April 4, 2019, Mr. Jones moved for his immediate release or resentencing under Section 404 of the First Step Act. *See* First Step Act Motion for Immediate Release or Resentencing, dated Apr. 4, 2019 ("Def.'s Mot."), ECF No. 2487; *see also* Memorandum in Support of Def.'s Mot., dated May 3, 2019, ECF No. 2500.

On August 27, 2019, the Court held a hearing on the motion. Because Mr. Jones has already served his full five-year term of imprisonment for his firearm conviction—which ran concurrently to his term of imprisonment on the drug conspiracy charge—the Court only addressed whether a sentence reduction for Mr. Jones's drug conspiracy sentence was warranted.

For the reasons stated on the record in open court, Mr. Jones is eligible for relief under the First Step Act, and the Court chooses to exercise its discretion to reduce Mr. Jones's sentence to time served. This sentence incorporates the relief that the First Step Act provides, while still reflecting the severity of Mr. Jones's conduct. Because Mr. Jones has been incarcerated since November 12, 1999, he has already been imprisoned for a total of 237.5 months.

The Court thus finds that a reduction of Mr. Jones's imprisonment to time served is consistent with both the current Sentencing Guidelines and the broad remedial purpose of the First Step Act.

Accordingly, Mr. Jones's motion for relief under the First Step Act is **GRANTED**.

**IT IS ORDERED** that Mr. Jones's term of imprisonment be **REDUCED** to **TIME SERVED** for Mr. Jones's drug conspiracy conviction.

**IT IS FURTHER ORDERED** that Mr. Jones's term of supervised release shall remain **5 YEARS**, and that all other terms of his sentence be unchanged.

**IT IS FURTHER ORDERED** that Mr. Jones be immediately released from the custody of the Federal Bureau of Prisons.

**SO ORDERED** at Bridgeport, Connecticut, this 27th day of August, 2019.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE